Tracy M. REYNOLDS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58589.

Missouri Court of Appeals,
Western District.

Dec. 5, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 2001.

Application for Transfer Denied
March 20, 2001.

Stephen M. Patton, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, Presiding Judge, ELLIS, Judge and LAURA DENVIR STITH, Judge.

### ORDER

PER CURIAM:

Appellant Tracy Reynolds appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value

but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).